## Will DOBSON v. STATE. (No. 12211.)

Court of Criminal Appeals of Texas. Jan. 23, 1929.

J. H. Randell, of Denison, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is passing a forged instrument; punishment fixed at confinement in the penitentiary for a period of two years.

The record is before us without statement of facts or bills of exceptions. No matter is presented for review.

The judgment is affirmed.

## Eddie FOUNTAIN v. STATE. (No. 12427.)

Court of Criminal Appeals of Texas. Feb. 6, 1929.

Clyde F. Winn, of Waxahachie, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for murder; punishment fixed at confinement in the penitentiary for a period of five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Willie JONES v. STATE. (No. 12421.)

Court of Criminal Appeals of Texas. Feb. 6, 1929.

J. D. Lawrence, of Pittsburg, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of five years.

The indictment appears regular. The record is without statement of facts and bills of exceptions. No fundamental error having been perceived or pointed out, the judgment is affirmed.

## Harry KING v. STATE. (No. 12309.)

Court of Criminal Appeals of Texas. Feb. 6, 1929.

Ratliff & Ratliff, of Haskell, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is unlawfully driving an automobile upon a public road while under the influence of intoxicating liquor; punishment fixed at confinement in the county jail for 90 days and a fine of $200.

The record is before us without statement of facts or bills of exceptions. No fundamental error having been perceived or pointed out, the judgment is affirmed.